No. D–1615. In re Disbarment of Reggie. Disbarment entered. [For earlier order herein, see *ante,* p. 985.]

No. D–1617. In re Disbarment of Savoy. Disbarment entered. [For earlier order herein, see *ante,* p. 985.]

No. D–1618. In re Disbarment of Powell. Disbarment entered. [For earlier order herein, see *ante,* p. 985.]

No. D–1619. In re Disbarment of Jasinski. Disbarment entered. [For earlier order herein, see *ante,* p. 986.]

No. D–1632. In re Disbarment of Muraca. Frank John Muraca, of Dunmore, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1633. In re Disbarment of Connick. Harry A. Connick, of Novato, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1634. In re Disbarment of Wells. Edward G. Wells, of Palatine, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1635. In re Disbarment of McGlory. Dennis Crawford McGlory, of Crystal Lake, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1636. In re Disbarment of Tinsley. Lindell T. Tinsley, of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.